**50**

MARK A. VARRICHIO AND ASSOCI-
ATES, Mark A. Varrichio, Individu-
ally, Plaintiffs–Appellants,

v.

CHICAGO INSURANCE COMPANY,
Defendant–Appellee.

Docket No. 02–7002.

United States Court of Appeals,
Second Circuit.

Argued: Aug. 5, 2002.

Question certified to the New York Court
of Appeals: Nov. 14, 2002.

Dismissed and certification withdrawn:
April 22, 2003.

Errata Filed: April 28, 2003.

Mark A. Varrichio (Rocco Ernesto Voz-
za, Vozza & Vozza, Mount Kisco, N.Y. on
the brief), for Plaintiffs–Appellants.

Steven A. Coploff, Steinberg & Cavali-
ere, LLP, White Plains, N.Y., for Defen-
dant–Appellee.

Before: LEVAL, CALABRESI, and
POOLER, Circuit Judges.

PER CURIAM.

On November 14, 2002, this court certi-
fied the following question to the New
York Court of Appeals:

> Where an insured has already complied
> with a policy's notice of claim require-
> ment, does New York require the insur-
> er to demonstrate prejudice in order to
> disclaim coverage based on the insured's
> failure to comply with the policy's notice
> of suit requirement?

*Varrichio v. Chicago Ins. Co.*, 312 F.3d 544
(2d Cir.2002). The New York Court of
Appeals accepted the certified question on
December 12, 2002. The parties subse-
quently notified this court that they had
entered into a settlement agreement that
is conditional on the dismissal of this ap-
peal and have requested that we dismiss
the appeal. The New York Court of Ap-
peals has informed us that, under the cir-
cumstances, it has no objection to the ap-
peal being dismissed and has asked us to
withdraw the certification. Accordingly
we WITHDRAW the certification to the New
York Court of Appeals and DISMISS the
appeal.